UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Prometheus Global Media, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Civil Action No. 1:13−cv−03578<br>)<br>) |
| Olympian Group, LLC d/b/a<br>Billboard Live,<br>Corey Bradford,<br>Robert Respress,<br>Terrence Brown Lee,<br>Michael Irvin,<br>Khalid Parrett | )<br>)<br>) Judge: Matthew F. Kennelly<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## FINAL JUDGMENT ORDER

This matter comes before the Court on Plaintiff Prometheus Global Media, LLC's ("Prometheus") Motion for Entry of Final Judgment pursuant to the settlement agreement entered into by Plaintiff and Defendants Olympian Group LLC and Robert Respress ("Defendants").

IT IS HEREBY ORDERED that Prometheus recovers the relief prayed for as follows:

1. Defendants and all persons acting in concert or in participation with them are permanently enjoined from, directly or indirectly:

    (1) using, displaying, imitating, or copying Prometheus' BILLBOARD and BILLBOARD LIVE trademarks and service marks ("Prometheus' BILLBOARD Marks") or any other mark, word or name confusingly similar to, phonetically equivalent to, or including Prometheus' BILLBOARD Marks in connection with the promotion, advertisement, display, sale, offering for sale, manufacture, production,

1

circulation or distribution of any service or product related to music or entertainment industry;

(2) using any false designation of origin or false description including, without limitation, any mark, word or name confusingly similar to, phonetically equivalent to, or including Prometheus' BILLBOARD Marks, or performing any act, which can, or is likely to, lead members of the trade or public to believe that any service or product manufactured, distributed, provided, or sold by Defendants is in any manner associated or connected with Prometheus or Prometheus' BILLBOARD Marks, or is sold, manufactured, licensed, sponsored, approved, provided, or authorized by Prometheus;

(3) further diluting and infringing Prometheus' BILLBOARD Marks and damaging Prometheus' goodwill;

(4) engaging in any other activity constituting unfair competition with Prometheus with respect to Prometheus' BILLBOARD Marks, or constituting an infringement of any or all of Prometheus' BILLBOARD Marks, or of Prometheus' rights in, or to use or exploit, any or all of Prometheus' BILLBOARD Marks; and

(5) instructing, assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (1) through (4) above.

2. Defendants and all persons acting in concert or in participation with them are permanently enjoined from:

(1) registering, maintaining, using, offering for sale, claiming ownership of, or in any other way using any domains names that incorporate Prometheus' BILLBOARD

      Marks or any mark, word or name confusingly similar to, phonetically equivalent to, or including Prometheus' BILLBOARD Marks; and

  (2)  using Prometheus' BILLBOARD Marks or any mark, word or name confusingly similar to, phonetically equivalent to, or including Prometheus' BILLBOARD Marks as a tool for search engine optimization, or to otherwise attract or direct internet traffic to a website.

3. Defendants shall be held jointly and severally responsible for all provisions directed to Defendants under this Order.

4. This Order shall be considered served onto each Defendant when the Order is sent by certified mail to Defendants' place of business at 2024 W 163 Street, Markham, IL 60428.

5. This Court shall retain jurisdiction over this matter to the extent necessary to enforce the terms of this Order by contempt proceedings or otherwise.

                                                                         It is so ordered.

Dated this 29th day of January, 2014

                                                                 Honorable Matthew F. Kennelly
                                                                 United States District Judge